## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**MICHAEL WEAVER,**                                                        **PETITIONER**

**V.**                                                                 **NO. 1:04CV174-P-D**

**CHRISTOPHER EPPS, ET AL,**                                              **RESPONDENTS**

### FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice for failure to prosecute, in accordance with Rule 41(b), Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

THIS the 13th day of June, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE